UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PUNAOFO TSUGITO TILEI,

    Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

    Defendant.
_____/

No. C 12-1688 PJH (PR)

**ORDER DISMISSING CASE**

This is a civil rights case filed pro se by a prisoner at Salinas Valley State Prison. Plaintiff's complaint was dismissed with leave to amend and the court has granted plaintiff several extensions, but he has still failed to file an amended complaint. Plaintiff has filed a motion indicating that due to medical problems, he is unable to currently file an amended complaint.

Plaintiff's motion (Docket No. 17) is **GRANTED** in that this action will be **DISMISSED** without prejudice and plaintiff may seek to reopen this case at a future date if he files an amended complaint.

**IT IS SO ORDERED.**

Dated: February 21, 2013.

                        PHYLLIS J. HAMILTON
                        United States District Judge

G:\PRO-SE\PJH\CR.12\Tilei1688.dsm.wpd