UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PUNAOFO TSUGITO TILEI,

    Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

    Defendants.

Case No. 12-cv-01688-PJH

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANT SANCHEZ**

Re: Dkt. No. 48

    Before the court is plaintiff's "Request for Extension in Deadline to Serve Defendant Sanchez." Dkt. 48. Per the court's prior order, service on all defendants was due by February 28, 2017. Dkt. 36. However, plaintiff's counsel informs the court that although plaintiff was able to serve "six of the seven named defendants," he "has not yet been able to identify defendant Correctional Officer Sanchez." Dkt. 48. Plaintiff requests "an extension in the deadline to serve Officer Sanchez," and proposes to serve targeted discovery to facilitate the identification of Officer Sanchez at "the earliest possible opportunity." Id.

    Good cause appearing, the court hereby GRANTS the request for additional time to serve defendant Sanchez. The court will not, however, approve an open-ended request. If Sanchez is not served within 60 days, he will be dismissed for failure to serve without prejudice. Plaintiff may seek to re-name him as a defendant by motion or stipulation should his full identity and location be discovered at a later time.

    **IT IS SO ORDERED.**

Dated: March 1, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge