UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-01688-PJH<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>Re: Dkt. No. 86 |

Before this court is the parties' joint request to modify the pre-trial scheduling order. Pursuant to the parties' request and for good cause shown, the pre-trial schedule is vacated. Parties are ordered to submit a joint status report every thirty (30) days and to propose a new case schedule once plaintiff has recovered and resumed participation in case proceedings.

**IT IS SO ORDERED.**

Dated: September 11, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge