UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　Defendants. | Case No. 12-cv-01688-PJH<br><br>**ORDER RE MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER**<br><br>Re: Dkt. No. 92 |

On October 12, 2017, Plaintiff Tilei filed a motion for relief from two related discovery orders issued by Magistrate Judge Maria-Elena James. See Dkt. 92. Upon filing his motion, plaintiff set a standard 35-day briefing schedule. The court hereby VACATES that briefing schedule because it potentially conflicts with Local Rule 72-2.

Defendants may file a single opposition brief not to exceed 5 pages by October 27, 2017. Plaintiff may not file a reply.

**IT IS SO ORDERED.**

Dated: October 20, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge